NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNING OPTICAL COMMUNICATIONS LLC,**
*Appellant*

**v.**

**PANDUIT CORP.,**
*Appellee*

---

2018-1903, 2018-1905, 2018-2058

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-01703, IPR2016-01709, IPR2017-00029.

---

## JUDGMENT

---

JASON M. WILCOX, Kirkland & Ellis LLP, Washington, DC, argued for appellant. Also represented by JOHN C. O'QUINN, HANNAH LAUREN BEDARD; ERIC DAVID HAYES, Chicago, IL.

JOHN J. MOLENDA, Steptoe & Johnson, LLP, New York, NY, argued for appellee. Also represented by ROBERT GREENFELD; KELLY J. EBERSPECHER, DANIEL STEVEN STRINGFIELD, Chicago, IL; KATHERINE DOROTHY CAPPAERT, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2019          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court